**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02828-STV

Kenneth Hansen,

      Plaintiff,

v.

Valor Roofing LLC d/b/a Valor Roof and Solar; Telt Ventures, LLC d/b/a 1 Solar d/b/a One Solar; and Goodleap, LLC,

      Defendants.

---

**ENTRY OF APPEARANCE**

---

      Christopher T. Carry of the law firm of Nelson Mullins Riley & Scarborough LLP hereby enters his appearance in the above-captioned action on behalf of Defendant GoodLeap, LLC. Counsel certifies that he is a member in good standing of the bar of this Court.

      Respectfully submitted this 31st day of October, 2022.

                        Respectfully submitted,

                        */s/ Christopher T. Carry*
                        Blake A. Gansborg #50585
                        Christopher T. Carry #48745
                        Nelson Mullins Riley & Scarborough LLP
                        1400 Wewatta Street, Suite 500
                        Denver, CO  80202
                        Telephone: (303) 583-9900
                        Facsimile: (303) 583-9999
                        Email: blake.gansborg@nelsonmullins.com
                                chris.carry@nelsonmullins.com

                        *Attorneys for Defendant Goodleap, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st day of October, 2022, I electronically filed the **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. I further certify that I have mailed the foregoing to the following parties:

Daniel J. Vedra
VEDRA LAW LLC
1444 Blake Street
Denver, CO 80202
303-937-6540
dan@vedralaw.com

*Attorney for Plaintiff*

*/s/ Christopher T. Carry*
of Nelson Mullins Riley & Scarborough, LLP

4885-8133-2284 v.1