# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02828-STV

KENNETH HANSEN,

    Plaintiff,

v.

VALOR ROOFING LLC d/b/a VALOR ROOF AND SOLAR; TELT VENTURES, LLC d/b/a 1 SOLAR d/b/a ONE SOLAR; and GOODLEAP, LLC,

    Defendants.

## CORPORATE DISCLOSURE STATEMENT

TELT Ventures, LLC d/b/a 1 Solar d/b/a One Solar ("One Solar"), by and through its attorneys, Holland & Hart LLP, files its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a) and states as follows: TELT Capital is the only entity owning 10% or more of TELT Ventures.

Dated: December 9, 2022.

    Respectfully submitted

    *s/ Kevin C. McAdam*
    Kevin C. McAdam
    HOLLAND & HART LLP
    555 17th Street, Suite 3200
    Denver, CO 80202
    Phone: (303) 295-8000
    kcmcadam@hollandhart.com

    *Counsel for Defendant*
    *Telt Ventures, LLC d//b/a 1 Solar d/b/a One Solar*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

<u>s/Kevin C. McAdam</u><br>
Kevin C. McAdam

20487311_v1