IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02828-PAB-STV

KENNETH HANSEN,

       Plaintiff,

v.

VALOR ROOF AND SOLAR INC.; TELT VENTURES, LLC; and GOODLEAP, LLC,

       Defendants.

## DEFENDANT ONE SOLAR'S RENEWED MOTION TO COMPEL ARBITRATION

Defendant, Telt Ventures, LLC d/b/a 1 Solar d/b/a One Solar ("One Solar") by and through its counsel, Holland & Hart LLP, responds to Plaintiff's Amended Complaint by reincorporating by reference its prior motion to compel arbitration and renews that motion as to Plaintiff's Amended Complaint. In support One Solar states as follows:

1. On October 27, 2022, Defendant GoodLeap, LLC removed this action from Arapahoe County District Court to the United States District Court for the District of Colorado. (Dkt. No. 1.)

2. On December 9, 2022, One Solar filed its motion to compel arbitration and dismiss Plaintiff's Complaint or, in the alternative, to stay the action pending arbitration. (Dkt. No. 20.)

3. On December 19, 2022, Plaintiff filed an Amended Complaint. (Dkt. No. 31.) The Amended Complaint merely reflected that Valor Roof & Solar, Inc. should be a named defendant rather than Valor Roofing, LLC. (*See* Dkt. No. 23.)

4. Defendant One Solar now files this motion to reincorporate and renew its previous motion to compel arbitration as to Plaintiff's Amended Complaint.

WHEREFORE, One Solar respectfully requests that the Court grant One Solar's motion to compel arbitration and dismiss Plaintiff's Amended Complaint without prejudice or, in the alternative, stay it until arbitration has been completed.

Dated:  January 3, 2023.

Respectfully submitted,

*s/Kevin C. McAdam*
Kevin C. McAdam
Adrianne K. Rosenbluth
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO  80202
Phone: (303) 295-8000
kcmcadam@hollandhart.com
akrosenbluth@hollandhart.com
*Counsel for Defendant*
*Telt Ventures, LLC d/b/a 1 Solar d/b/a One Solar*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

*s/Kevin C. McAdam*
Kevin C. McAdam

20625717_v2