IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02828-PAB-STV

KENNETH HANSEN,

        Plaintiff,

v.

VALOR ROOF AND SOLAR INC., a Colorado Corporation;
TELT VENTURES, LLC a Utah limited liability company; and
GOODLEAP, LLC, a California Limited Liability Company.

        Defendants.

## AFFIDAVIT OF MARK BROWN

I, Mark Brown, depose and state as follows in this sworn affidavit:

1. I am a shareholder and officer for Valor Roof and Solar Inc. ("Valor").

2. Valor receives compensation from Telt Ventures, LLC ("1 Solar") for promoting and carrying out the sale of 1 Solar's products.

3. On July 7, 2021, LaRon Wallace, an employee of Valor, acting as a sales representative, executed a Purchase & Installation Agreement with Kenneth Hansen on behalf of 1 Solar. The Agreement is Exhibit 1 to our Motion to Compel Arbitration.

4. Valor worked with 1 Solar to complete installation of solar panels that Mr. Hansen had purchased under the Agreement.

5. The Purchase & Installation Agreement contains an arbitration clause.

6. Since Valor and its employee acted as the sales representative for 1 Solar in executing the Purchase & Installation Agreement, Valor's understanding in executing the contract was that Valor is subject to and has the right to enforce the Agreement's arbitration provision upon a dispute with Mr. Hansen.

I declare, to the best of my knowledge, under the laws of the State of Colorado, that the foregoing is true and correct.

By: Mark Brown

1

EXHIBIT - 3

STATE OF COLORADO }
}
COUNTY OF Jefferson }

Subscribed and sworn to before me in the State of Colorado this 12 day of January, 2023.

My commission expires:

March 16, 2026

Rebecca Meza
Notary Public - State of Colorado
Notary ID 20224010644
My Commission Expires March 16th, 2026

Witness my hand and official seal.

_____
Notary Public

2

EXHIBIT - 3