**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02828-PAB-STV

KENNETH HANSEN,

    Plaintiff,

v.

VALOR ROOF AND SOLAR INC., a Colorado Corporation;
TELT VENTURES, LLC a Utah limited liability company; and
GOODLEAP, LLC, a California Limited Liability Company.

    Defendants.

## CORPORATE DISCLOSURE STATEMENT

Valor Roof and Solar Inc. ("Valor"), by and through counsel James C. Shanor of JORGENSEN, BROWNELL & PEPIN P.C., files its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a) and states as follows: Valor is a Colorado corporation wholly owned by individual shareholders and is not a subsidiary of another corporate entity.

Dated: January 12, 2022.

                                            Jorgensen, Brownell & Pepin, P.C.
                                            */s/ James C. Shanor*
                                            James C. Shanor, #49073
                                            *Attorney for Defendant Valor Roof and Solar Inc.*

2

## CERTIFICATE OF SERVICE

       I hereby certify that on this January 12, 2023, a true and correct copy of the foregoing was e-served on all parties of record.

*/s/ Cory Beers*
Cory Beers, Paralegal