**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02828-PAB-STV

KENNETH HANSEN,

      Plaintiff,

v.

VALOR ROOF AND SOLAR INC., a Colorado Corporation;
TELT VENTURES, LLC a Utah limited liability company; and
GOODLEAP, LLC, a California Limited Liability Company.

      Defendants.

---

**ENTRY OF APPEARANCE**

---

      Lucas P. Schaffer of the law firm of JORGENSEN, BROWNELL & PEPIN P.C., hereby enters

his appearance in the above-captioned action on behalf of Defendant Valor Roof and Solar Inc.

Counsel certifies that he is a member in good standing of the bar of this Court.

      Respectfully submitted March 17, 2023.

                                   */s/ Lucas P. Schaffer*
                                   Lucas P. Schaffer
                                   JORGENSEN, BROWNELL & PEPIN, P.C.
                                   900 South Main Street, Suite 100
                                   Longmont, Colorado 80501
                                   Telephone: (303) 678-0560
                                   Fax: (303) 678-1164
                                   lschaffer@jbplegal.com
                                   *Attorney for Valor Roof and Solar Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2023, I electronically served the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Daniel J. Vedra
VEDRA LAW LLC
1444 Blake Street
Denver, CO 80202
303-937-6540
dan@vedralaw.com
*Attorney for Plaintiff*

Blake A. Gansborg
Christopher T. Carry
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
*Attorney for Goodleap, LLC*

Kevin McAdam
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
*Attorney for Telt Ventures*

*/s/ Cory Beers*
Cory Beers, Paralegal