IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| Civil Action:22-cv-02828-PAB-STV | FTR - Reporter Deck - Courtroom A402 |
|---|---|
| Date: April 4, 2023 | Courtroom Deputy:  Monique Ortiz |

*Parties:*                                                              *Counsel:*

KENNETH HANSEN                                          Daniel Vedra

    Plaintiff,

v.

VALOR ROOF AND SOLAR INC.,
TELT VENTURES, LLC, and
GOODLEAP, LLC

    Defendants

Lucas Schaffer
Adrianne Rosenbluth
Kevin McAdam
Blake Gansborg

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:   1:32 p.m.**
Court calls case.  Appearance of counsel.

This matter is before the Court on Goodleap LLC's Alternative Motion for Leave to Take Discovery Towards it's Motion to Compel Arbitration [ECF Doc. No. 48, filed 1/12/203] and Defendant One Solar's Motion to Stay Discovery or, In the Alternative, for Limited Discovery on Contract Formation Only [ECF Doc. No. 67, filed 2/21/2023].

Preliminary statements by the court.

Arguments by counsel.

For the reasons as stated on the record, it is:

**ORDERED:** Goodleap LLC's Alternative Motion for Leave to Take Discovery Towards it's Motion to Compel Arbitration [ECF Doc. No. 48] is **GRANTED**.

Defendant One Solar's Motion to Stay Discovery or, In the Alternative, for Limited Discovery on Contract Formation Only [ECF Doc. No. 67] is **GRANTED IN PART and DENIED IN PART**. The court will permit four (4) depositions per side. Each of Plaintiff's depositions shall be 3.5 hours long. The court will allow Defendants, combined, four depositions but will allow the deposition of Plaintiff to be seven hours. Requests for production, Requests for Admission and Interrogatories are limited as stated on the record. The court will also permit both sides to conduct third party subpoenas to the two entities that were discussed in today's proceedings. The court will also permit each aide to do forensic analysis of the devices at issue.

The court **DENIES without prejudice** Motions [ECF Doc. Nos. 10, 41 and 47].

The deadline for the initial limited discovery set forth by the court today is **June 5, 2023**. A Status Conference is set for **June 14, 2023 at 9:00 a.m.** before Magistrate Judge Varholak in courtroom A402.

HEARING CONCLUDED.
**Court in recess:    2:12 p.m.**
Time In Court:        00:40

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.